Johnny L. Griffin, III, Esq. (State Bar No.: 118694)
jgriffin@johnnygriffinlaw.com
Manolo H. Olaso, Esq. (State Bar No.: 195629)
molaso@johnnygriffinlaw.com
Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814
Tel: 916-444-5557
Fax: 916-444-5558

Attorneys for Plaintiff
ALAA HUSSEIN

Richard A. Lazenby (State Bar No.: 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
JETSUITEX, INC. and
DELUX PUBLIC CHARTER, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAA HUSSEIN, | Case No.: 2:22-CV-00412-JAM-JDP |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES BY 90 DAYS; |
| vs. | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| JETSUITEX, INC., ET AL., | |
| Defendants. | |

Defendants JETSUITEX, INC. and DELUX PUBLIC CHARTER, LLC, collectively ("Defendants"), by and through their attorneys of record at Victor Rane, and Plaintiff Alaa Hussein (hereinafter, "Plaintiff"), by and through her attorneys of record at Law Offices of

Johnny L. Griffin, III, hereby jointly submit their stipulation to continue trial and pretrial dates as follows:

WHEREAS, Plaintiff and Defendants have been engaged in written discovery.

WHEREAS, the parties have yet to conduct mediation in light of their scheduling conflicts and the remaining depositions to be taken; and

WHEREAS, the parties are in agreement to continue trial and pretrial dates in order to complete the outstanding depositions and attend mediation,

The parties respectfully make this first request that the following dates be continued as follows or on the next available dates for the Court:

- **Jury trial**: continued from April 21, 2025 to **November 17, 2025, at 09:00 a.m. (5-6 days)**;
- **Final pretrial conference**: continued from March 7, 2025 to **October 10, 2025, at 11:00 a.m.**;
- **Joint pretrial statement deadline**: continued from February 28, 2025 to **September 12, 2025**;
- **Hearing on dispositive motions**: continued from January 7, 2025 to **August 5, 2025, at 01:00 p.m.**;
- **Dispositive motions deadline**: continued from November 8, 2024 to **May 23, 2025**;
- **All discovery cutoff**: continued from September 13, 2024 to **March 28, 2025**;
- Joint mid-litigation statement filing deadline: continued from August 30, 2024 to **March 14, 2025**;
- **Rebuttal expert witness disclosure deadline**: continued from August 2, 2024 to **February 14, 2025**; and,
- **Expert witness disclosure deadline**: continued from July 19, 2024 to **January 31, 2025**.

/ /

/ /

/ /

All other instructions contained in the July 12, 2023 Pretrial Scheduling Order (ECF No. 26) shall remain in effect.

Dated: September 27, 2024                    Respectfully submitted,

By: /s/ Manolo H. Olaso
   Johnny L. Griffin, III, Esq.
   Manolo H. Olaso, Esq.
   Law Offices of Johnny L. Griffin III
   Attorneys for Plaintiff
   ALAA HUSSEIN

Dated: September 27, 2024                    By: /s/ Richard A. Lazenby
   Richard A. Lazenby
   Natasha Mikha Pardasani
   VICTOR RANE
   Attorneys for Defendants
   JETSUITEX, INC. and
   DELUX PUBLIC CHARTER, LLC

All signatories listed concur in the filing's content and have authorized this filing.

**ORDER**

IT IS SO ORDERED.

Dated: September 27, 2024                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE