1  Johnny L. Griffin, III, Esq. (State Bar No.: 118694)
   jgriffin@johnnygriffinlaw.com
2  Manolo H. Olaso, Esq. (State Bar No.: 195629)
   molaso@johnnygriffinlaw.com
3  Law Offices of Johnny L. Griffin III
   1010 F Street, Suite 200
4  Sacramento, CA 95814
   Tel: 916-444-5557
5  Fax: 916-444-5558

6  Attorneys for Plaintiff
   ALAA HUSSEIN
7

8  Richard A. Lazenby (State Bar No.: 202105)
   Email: rlazenby@victorrane.com
9  Shakira L. Johnson (State Bar No.: 270787)
   Email: sjohnson@victorrane.com
10 VICTOR RANE
   9350 Wilshire Blvd., Suite 308
11 Beverly Hills, California 90212
   Telephone: (310) 388-4849
12 Facsimile: (310) 388-4869

13 Attorneys for Defendants
   JETSUITEX, INC. and
14 DELUX PUBLIC CHARTER, LLC

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

18
   ALAA HUSSEIN,                    ) Case No.: 2:22-cv-00412-JAM-JDP
19                                  )
           Plaintiff,               )
20                                  ) **SECOND STIPULATION AND ORDER**
       vs.                          ) **MODIFYING PRETRIAL SCHEDULING**
21                                  ) **ORDER**
   JETSUITEX, INC., ET AL.,         )
22                                  )
           Defendants.              )
23                                  )
                                    )
24                                  )
                                    )
25

26     Defendants JETSUITEX, INC. and DELUX PUBLIC CHARTER, LLC, collectively

27 ("Defendants"), by and through their attorneys of record at Victor Rane, and Plaintiff Alaa

28 Hussein (hereinafter, "Plaintiff"), by and through her attorneys of record at Law Offices of

1  Johnny L. Griffin, III, hereby jointly submit their stipulation to continue trial and pretrial dates as
2  follows:
3     WHEREAS, Plaintiff and Defendants have met and conferred regarding Defendants'
4  anticipated summary judgment motion.
5     WHEREAS, the parties are actively engaged in discussions to eliminate a cause of action
6  but due to the complexity of the case additional time is needed to complete the meet and confer
7  process; and
8     WHEREAS, good cause exists to continue the dispositive motion deadline to allow
9  Defendants adequate time to prepare a dispositive motion that is narrowly focused on the
10 remaining issues. Defendants have requested a one-week continuance of the deadline to file
11 dispositive motions and Plaintiff's counsel has no objection to Defendants' request.
12    The parties respectfully request that the dispositive motions deadline be continued from
13 May 23, 2025 to May 30, 2025. All other dates and deadlines set forth in the Court's Order
14 Modifying Pretrial Scheduling Order (Docket No. 34) shall remain unchanged.

Dated: May 22, 2025                                  Respectfully submitted,

                                                     By:     */s/ Manolo H. Olaso*
                                                         Johnny L. Griffin, III, Esq.
                                                         Manolo H. Olaso, Esq.
                                                         Law Offices of Johnny L. Griffin III
                                                         Attorneys for Plaintiff
                                                         ALAA HUSSEIN


Dated: May 22, 2025                                  By:    */s/ Richard A. Lazenby*
                                                         Richard A. Lazenby
                                                         Shakira L. Johnson
                                                         VICTOR RANE
                                                         Attorneys for Defendants
                                                         JETSUITEX, INC. and
                                                         DELUX PUBLIC CHARTER, LLC


     All signatories listed concur in the filing's content and have authorized this filing.

- 2 -

## **SECOND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Deadline |
|---|---|
| Dispositive Motion Filing Deadline | **05/30/2025** |
| Dispositive Motion Hearing | As previously scheduled, **08/05/2025, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **10/10/2025, at 10:00 a.m.** |
| Jury Trial (5-6 Days) | As previously scheduled, **11/17/2025, at 9:00 a.m.** |

All other instructions contained in the July 12, 2023 Pretrial Scheduling Order (ECF No. 26) shall remain in effect.

**IT IS SO ORDERED**.

Dated: May 23, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

- 3 -