Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
Shakira L. Johnson (State Bar No. 270787)
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
JETSUITEX, INC., and
DELUX PUBLIC CHARTER, LLC

**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff ALAA HUSSEIN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALAA HUSSEIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JETSUITEX, INC.; a Delaware corporation; DELUX PUBLIC CHARTER, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 2:22-cv-00412-JAM-JDP<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE BILL OF COSTS PURSUANT TO RULE 54 AND LOCAL RULE 292**<br><br>Before the Honorable Judge John A. Mendez |

Stipulation and Order to Extend Time to File Bill of Costs
Hussein v. JetSuiteX, Inc.; et al.
2:22−cv−00412−JAM−JDP

1

## RECITALS and STIPULATION

WHEREAS, Plaintiff ALAA HUSSEIN'S federal causes of action were dismissed at summary judgment, in favor of Defendants JETSUITEX, INC. and DELUX PUBLIC CHARTER, LLC.

WHEREAS, Plaintiff's state law causes of action were dismissed without prejudice to her ability to refile in state court.

WHEREAS, judgment for Defendants JETSUITEX, INC. and DELUX PUBLIC CHARTER, LLC was entered as against Plaintiff ALAA HUSSEIN on July 15, 2025 on her federal causes of action.

WHEREAS, Defendants anticipate they will file a bill of costs to recover costs from Plaintiff, but require more time to gather costs records from prior counsel for Defendants.

WHEREAS, the parties require more time to discuss possible resolution of other matters, including appeal and state court actions.

WHEREAS, good cause supports an extension of time under Federal Rule of Civil Procedure 6 (b)(1)(A), the parties hereby stipulate and agree to extend the deadline for Defendants to file their bill of costs to **August 28, 2025**, which is 30 additional days past the current due date of July 29, 2025.

IT IS SO STIPULATED BY THE FOLLOWING COUNSEL FOR PARTIES:

Dated:  July 25, 2025    VICTOR RANE

/s/ Nicole Poltash
Nicole Poltash
Attorneys for Defendants JETSUITEX, INC.
and DELUX PUBLIC CHARTER, LLC
(e-signature expressly authorized on July 25, 2025)

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Stipulation and Order to Extend Time to File Bill of Costs
Hussein v. JetSuiteX, Inc.; et al.
2:22−cv−00412−JAM−JDP

2

Date: July 25, 2025                                   /s/ Manolo Olaso
                                                      Manolo Olaso
                                                      Law Offices of Johnny L. Griffin, III
                                                      Attorneys for Plaintiff ALAA HUSSEIN

**ORDER**

IT IS SO ORDERED.

Dated: July 28, 2025                                  /s/ John A. Mendez
                                                      ―――――――――――――――――
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Stipulation and Order to Extend Time to File Bill of Costs
Hussein v. JetSuiteX, Inc.; et al.
2:22−cv−00412−JAM−JDP

3